UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | | |
|---|---|---|
| FUJIAN YINFENG IMP & EXP TRADING CO., LTD., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | Court No. 21-0087 |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| COALITION OF AMERICAN MILLWORK PRODUCERS, | ) | |
| Defendant-Intervenor. | ) | |
| | ) | |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Pursuant to U.S. Court of International Trade Rule 56.2(a), counsel for the parties to the above-captioned matter have consulted and submit to the Court the following Joint Status Report and Proposed Briefing Schedule.

## I.    JOINT STATUS REPORT

In response to the questions set forth in Rule 56.2(a), the parties state the following:

**1.    Does the court have jurisdiction over the action?**

Plaintiff asserts that the Court has jurisdiction over this action pursuant to 19 U.S.C. §§ 1516a(a(2)(A)(i)(II), 1516a(a)(2)(B)(i), and 28 U.S.C. § 1581(c).  Defendant and Defendant-Intervenors are unaware of any basis to challenge the Court's jurisdiction at this time.

**2.    Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons for such severance?**

The parties agree that there are no cases that should be consolidated with this case.  The parties further agree that no portion of this case should be severed at this time.

**3.**     **Should further proceedings in this case be deferred pending consideration of another case before the court or any other tribunal and the reasons for such deferral?**

The parties agree that this case should not be deferred pending resolution of another case before the Court or any other tribunal.

**4.**     **Should the court be aware of any other information at this time?**

The parties are not aware of any other information of which the Court should be aware at this time.

## II. PROPOSED BRIEFING SCHEDULE

After consultation pursuant to USCIT Rule 56.2, taking into account the schedules of the parties' counsel, the parties agree that this case should be decided pursuant to USCIT Rule 56.2, Judgment Upon an Agency Record for an Action Described in 28 U.S.C. § 1581(c). The parties agree that the following schedule is appropriate in this case:

| | |
|---|---|
| July 23, 2021 | Plaintiff shall file their motion for judgment on the agency record and supporting brief. |
| October 1, 2021 | Defendant and Defendant-Intervenor shall file their response briefs. |
| November 1, 2021 | Plaintiff shall file their reply brief. |

Pursuant to Rule 56.2(c)(3), within 14 days of the date of filing of the reply briefs, i.e., on November 15, 2021, Plaintiff will file a single joint appendix containing a copy of those portions of the administrative record cited in the briefs filed by all parties.

Pursuant to Rule 56.2(e), within 21 days of the date of filing of the reply briefs, i.e. currently November 22, 2021, motions for oral argument, if any, shall be filed.

Respectfully submitted,

On behalf of Plaintiff Yinfeng.:

/s/ Gregory Stephen Menegaz
Gregory Stephen Menegaz
**deKieffer & Horgan, PLLC**
1090 Vermont Avenue, NW, Suite 410
Washington, DC 20004
Tel: (202) 783-6900
Email: gmenegaz@dhlaw.com

On behalf of the United States:

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Tara K. Hogan.
TARA K. HOGAN.
Assistant Director

OF COUNSEL:                          /s/ Ioana Cristei
SHELBY M. ANDERSON                   Ioana Cristei
Senior Attorney                      Trial Attorney
U.S. Department of Commerce          U.S. Department of Justice
Office of the Chief Counsel          Civil Division, Commercial Litigiation
for Trade Enforcement & Compliance   PO Box 480, Ben Franklin Station
                                     Washington, DC 20044
                                     Tel: (202) 305-0001
                                     Email: ioana.cristei@usdoj.gov

On behalf of Defendant-Intervenor:

/s/ Timothy C. Brightbill
Timothy C. Brightbill
**Wiley Rein LLP**
1776 K Street, NW
Washington, DC 20006
Tel: (202) 719-7000

Dated: May 12, 2021

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| FUJIAN YINFENG IMP & EXP TRADING CO., LTD.,                 Plaintiff,      v. <br><br> UNITED STATES,                Defendant,     and <br><br> COALITION OF AMERICAN MILLWORK PRODUCERS,             Defendant-Intervenor. | ) ) ) ) ) ) ) ) ) ) ) ) ) )     Court No. 21-0087 |

## **ORDER**

Upon consideration of the parties' Joint Status Report and Proposed Briefing Schedule, it is hereby

**ORDERED** that the following briefing schedule is established:

| | |
|---|---|
| July 23, 2021 | Plaintiff shall file their motion for judgment on the agency record and supporting brief. |
| October 1, 2021 | Defendant and Defendant-Intervenor shall file their response briefs. |
| November 1, 2021 | Plaintiff shall file their reply brief. |

Pursuant to Rule 56.2(c)(3), within 14 days of the date of filing of the reply briefs, i.e., on November 15, 2021, Plaintiff will file a single joint appendix containing a copy of those portions of the administrative record cited in the briefs filed by all parties.

Pursuant to Rule 56.2(e), within 21 days of the date of filing of the reply briefs, i.e. currently November 22, 2021, motions for oral argument, if any, shall be filed.

1

**SO ORDERED.**

_____
The Hon. Gary S. Katzmann, Judge
United States Court of International Trade

Dated: _____
        New York, New York

2